## Alice Fleming, Appellee, v. City of Rockford, Appellant.

### Gen. No. 9,452.

Heard in this court at May term, 1939; opinion filed November 8, 1939; rehearing denied February 6, 1940. A. V. Essington and Carroll H. Nelson, for appellant; William H. Barrick, of counsel; William D. Knight, for appellee. Opinion by PRESIDING JUSTICE DOVE. "Not to be published in full."